Ryan Lee (SBN: 235879)
ryan@ryanleepllc.com
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Tel: (323) 524-9500
Fax: (323) 524-9502
Attorney for:
LAURA PENTECOST

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Pentecost, | ) Case No.: |
| | ) |
| Plaintiff, | ) Hon. |
| | ) |
| v. | ) |
| JP Morgan Chase Bank, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

LAURA PENTECOST (Plaintiff), through her attorneys, allege the following against JP MORGAN CHASE (Defendant):

## INTRODUCTION

1.     Plaintiff's Complaint is based on Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

## JURISDICTION AND VENUE

2.     Jurisdiction of this Court over Plaintiff's Complaint arises pursuant to 28 U.S.C. § 1331.

3.     Because Defendant conducts business in the State of Arizona, personal jurisdiction is established.

1    4.    Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

2

3                          **PARTIES**

4    5.    Plaintiff is a natural person who resides in Gilbert, Arizona.

5    6.    Plaintiff is informed, believes, and thereon alleges, that Defendant is a

6    national company with a main business office in New York, New York.

7    7.    Defendant acted through its agents, employees, officers, members,

8    directors, heirs, successors, assigns, principals, trustees, sureties, subrogees,

9    representatives, and insurers.

10

11                     **FACTUAL ALLEGATIONS**

12   8.    In or around November 2017, Defendant began constantly and

13   consistently placing telephone calls to plaintiff in an attempt to collect a debt an

14   alleged debt.

15   9.    Defendant places telephone calls to Plaintiff LAURA PENTECOST

16   on his cellular telephone at 760-330-0229.

17   10.    Based upon the timing and frequency of Plaintiff's calls and per its

18   prior business practices, each collection call placed by Defendant to Plaintiff was

19   placed using an automatic telephone dialing system.

20   11.    On November 28, 2017 at 11:50 a.m., Plaintiff received a call from

21   Defendant from the phone number 847-426-9203 and spoke with Defendant's

22   representative. During the conversation with Defendant's representatives, Plaintiff

23   told Defendant to stop calling her cellular phone.

24   12.    Plaintiff revoked any consent, either explicitly or implicitly, to receive

25   automated telephone calls from Defendant on his cellular telephone.

13.   Despite Plaintiff's request to cease, Defendant placed thirty-six (36) calls to Plaintiff LAURA PENTECOST.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER

## PROTECTION ACT

14.   Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

15.   Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully pray that judgment be entered against the Defendant for the following:

16.   Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

17.   Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

18.   All court costs, witness fees and other fees incurred; and

19.    Any other relief that this Honorable Court deems appropriate.


RESPECTFULLY SUBMITTED,

DATED:  June 19, 2019

LAW OFFICES OF RYAN LEE, PLLC



By: /s/ Ryan Lee_____
Ryan Lee (SBN: 235879)
ryan@ryanleepllc.com
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Tel: (323) 524-9500
Fax: (323) 524-9502
Attorney for:
LAURA PENTECOST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25